IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

WISTIN ABRAHAM GALVAN LOPEZ,

       Petitioner,

v.            No. 2:25-cv-1288 JB/DLM

KRISTI NOEM, United States Secretary of
Homeland Security; PAMELA BONDI, Attorney
General of the United States; TODD M. LYONS,
Acting Director, United States Immigration and
Customs Enforcement; MARISA FLORES,
El Paso Field Office Director, Enforcement and
Removal Operations, United States Immigration
and Customs Enforcement; and DORA CASTRO,
Warden, Otero County Processing Center,

       Respondents.

## ORDER

**THIS MATTER** is before the Court on Petitioner Wistin Abraham Galvan Lopez's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, filed December 22, 2025 (Doc. 1), and Motion for Temporary Restraining Order and Preliminary Injunction, filed January 11, 2026 (Doc. 4). On January 14, 2026, the Court set a hearing for January 28, 2026, at which the Court will hear the parties' arguments on the Motion for Temporary Restraining Order and Preliminary Injunction. (Doc. 5.)

To preserve the status quo in the interim, the Government is **ENJOINED** from transferring Petitioner Wistin Abraham Galvan Lopez from the Otero County Processing Center while these proceedings remain pending.

2

**IT IS SO ORDERED.**

_____
DAMIAN L. MARTINEZ
UNITED STATES MAGISTRATE JUDGE