**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

WISTIN ABRAHAM GALVAN LOPEZ,

       Petitioner,

vs.                                                                                                No. CIV 25-1288 JB/DLM

KRISTI NOEM, et al.,

       Respondents.

**MEMORANDUM OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**THIS MATTER** comes before the Court on: (i) the Petitioner Wistin Abraham Galvan Lopez's Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed December 22, 2025 (Doc. 1)("Complaint"); and (ii) the Proposed Findings and Recommended Disposition, filed January 30, 2026 (Doc. 21)("PFRD"). On December 29, 2025, the Court referred this matter to the Honorable Damian Martínez, United States Magistrate Judge for the United State District Court for the District of New Mexico, to "conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case." See Order of Reference Relating to Prisoner Cases, filed December 29, 2025 (Doc. 2).

In the PFRD, Magistrate Judge Martínez recommends granting Petitioner Galvan Lopez's Complaint and denying as moot the Petitioner's Motion for Temporary Restraining Order, filed January 11, 2026 (Doc. 4). See PFRD at 14. The PFRD also notifies the parties of their ability to file objections within fourteen days and that failure to file objections waives appellate review. See PFRD at 15. On February 13, 2026, Respondents file Objections to the Proposed Findings and Recommended Disposition, filed February 13, 2026 (Doc. 22)("Objections").

## ANALYSIS

The court has reviewed carefully the PFRD.  Based on the Court's de novo determination of the issues Respondents raise in their Objections and after reviewing de novo the relevant law, the Court finds the following order should be entered.  Specifically, the PFRD is in accordance with the Tenth Circuit's recent opinion in Santillan Quiroz v. Mullin, No. 26-6019, 2026 WL 1876709, at *10 (10th Cir. June 30, 2026).  Accordingly, the Court adopts the PFRD.

**IT IS ORDERED** that: (i) the Respondents' Objections to the Proposed Findings and Recommended Disposition, filed February 13, 2026 (Doc. 22), is overruled; (ii) the Proposed Findings and Recommended Disposition, filed January 20, 2026 (Doc. 21), is adopted; (iii) the Petitioner Wistin Abraham Galvan Lopez's Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, filed December 22, 2025 (Doc. 1), is granted in part; (iv) the Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction, filed January 11, 2026 (Doc. 4), is denied; (v) the Respondents are ordered to release the Petitioner within twenty-four hours of this Order's filing; (vii) no later than forty-eight hours after this Order's filing, Respondents are ordered to file a status report confirming the Petitioner's release from custody; (viii) Respondents are enjoined from transferring the Petitioner outside of the District of New Mexico, including removing the Petitioner from the United States of America, before he is released; and (ix) the Court will enter a separate Final Judgment.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Scott David Weaver
Law Office of Scott D. Weaver, LLC
Santa Fe, New Mexico

    *Attorney for the Petitioner*

Allison Shokes
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Respondents Kristi Noem, Pamela Bondi, Todd Lyons, and Marisa Flores*

Christina Muscarella Gooch
Sutin, Thayer & Browne
Albuquerque, New Mexico

    *Attorneys for the Respondent Dora Castro*